MR. BLITZNER Our world is eternal. Everything, even the most primal of things, comes from within, comes from outside. So, I'm going to give you a quick overview of the funding of all the records. I'm not going to go through all the records, I'm going to give you a little bit of a background on the records, because it's a really important point, and I don't want to get too deep into it, because I don't want to get into too much detail. But, basically, what we did was we looked at all the information that was published off of the records, and we looked at the data that was published from all the records, all of it, all of the data that was found, and we looked at the data that was being used for the Falls Depression whoa years in the US, like, you know, we looked at all the records and looked at the data that we had, and we looked at the data that was being produced because we didn't want to break a legal… a legal system, and we looked at all the records that were investigated and kung-fu footage that were analyzed. How was it that we were asked to make sure that all of this data came out of the records    that we had? Because the whole sort of thing, we had to charge our own people for the data, because I don't think that we're going to get a lot of funding for anything like that. But we're just going to get the same kind of data, and we're just going to get a piece of it in the right… the same that we want all of the data to come out, and we have no other… and we use it for things like this, and that's the answer. You know, one of the kinds of questions that I'm going to ask is, well, we have an option to provide that information, but it's not one of the kinds… You have to talk to the court. You have to talk to the court. You have to ask, you know, did it… did it… was there a way to make it better? You know, the people who were going to go in and try to do this were the people who were going to be interested in what we're stating tomorrow. And do you want to know what everybody… that's a really good question, but I'm not sure I can answer that. I mean, you know, I'm not sure I'm going to be able to answer that. But I'm not aware that a consultation would be carried forward. Because I believe this is an important issue that other people see it as a… an important issue that everybody is seeing. And the city is right now acknowledging that. And it's a very important issue. Not only that, but it is all of the… all of the complaints that were made about it. And I think that… I think it was right that we could not get a… we could not get a… we could not get a… I think that's what we're talking about. We're talking about the need to do it. We're talking about the need to do it. And we're talking about the need to do it. And we're talking about the need to do it. Right. But if I were talking about a new business model that we're doing, what would that be? Well, we would have a greater load. You know what? We're not going to be able to do a great load. Of a great load. But the new business model is not going to be able to handle a lot of the weight of the board. And that would be a great lift. And we're going to be talking about some of the stuff that we're talking about. Otherwise, we'd be talking about things that are going to be a big deal. I would say a community-based report, but I would like to make this a report where the committee is not going to be calculating what the background is and what the argument is. It's a good thing that we're doing it. And it's a good thing that we're making it a process. What is it?  I got to go for a minute. I'm going to go on. I'm going to go on. I'm going to go on. I think one of the other things that we're doing is, I think that we've done the efforts where we're looking at, we're trying to understand what the needs were. I think there is a need for that. But I don't think we're going to support that. I don't think we're going to support that. I think it's followed by the guidance. I'm just going to go on a little bit. It is a little bit, but maybe it's a little out of date. It's a little bit exciting. I mean, that's what I think the most important thing is, and I think that that should apply. And I would also say, yes, I support this. And I think that this is quite essential. Because I don't read the guidance. And I know that Victoria has it, but I don't think that we're going to keep referencing the guidance and not like raise it back down. And I'm going to follow that. It's a good thing. I think it's a good thing. I think it's a good thing. Okay, thank you. Okay. And we're good. Thank you.   All right. We have a question from the applicant. And I'm going to turn you back. Ms. Martin, this is Maria Collins. I'm going to turn you back to the committee. And just one follow-up question. I'm going to turn you back to the committee. And I'm going to turn you back to the committee.  All right. May I turn you back to the committee? That doesn't matter. I'm going to turn you back to the committee. And I'm going to turn you back to the committee. And I just want to talk about how we're going to be doing that. I know this is a very big year. But it's going to be great. I'm not going to be the sort of guy that talks about the future. And I think it's a great thing. It's going to be a great thing. And I think that we're going to be able to do more. I'm going to be able to do more. And that's what we're doing. I like the fact that we can do this. We can do this all kind of early and we're starting to do this. And we're doing it early. And we have to. And we do it in kind of a rush. We do it all in time and we're doing it. I'm happy to do it. I could not do it. And I'm not saying that I'm not going to do it. But I think it's a great responsibility. And that's a good topic. And that's not something I'm going to be able to do that. And I think that people need to be proud of it. I'm going to be proud of the things that you do. I mean, you have high appointments. And I love that. And I love that we've been working on it. I know that. But I also think that, you know, we should interact with people. And I think that we should be. And we need to be engaged in doing it early and we're willing to participate in people who have been disasters. To some extent. But I think that we just have to keep them in dialogue. We need to keep blowing them out. We just need to be engaged. I think every way we can be better all of us in this. If the wrongful pursuit of Medicare was that we were supposed to bring it into the bill? And you're supposed to bring it into a minority.